# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| DEREMMUS WILLIAMS, | * |
| | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:21-cv-77 |
| | * |
| v. | * |
| | * |
| SUSAN MARTIN, | * |
| | * |
| Defendant. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 28. Neither party filed Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES as moot** Defendant's Motion to Dismiss.

SO ORDERED, this __12__ day of __May__, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)